# UNITED STATES DISTRICT COURT

for the
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **GENE THROWER, on behalf of himself and others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **RESURGENT CAPITAL SERVICES L.P.** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) )     Civil Action No. 2:26-cv-00332 |

## AFFIDAVIT OF SERVICE

I, Elizabeth Bock, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to RESURGENT CAPITAL SERVICES L.P. in Berkeley County, SC on March 23, 2026 at 1:07 pm at 100 Coastal Dr, Ste 210, Charleston, SC 29492-8970 by leaving the following documents with  who as  is authorized by appointment or by law to receive service of process for RESURGENT CAPITAL SERVICES L.P..

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT
Race: White, Sex: Female, Est. Age: 45-54, Hair: Red, Glasses: Y, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.8689327,-79.919009
Photograph: See Exhibit 1


Total Cost: $106.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Charleston County_____ ,

__SC____ on __3/25/2026_____ .

/s/ *Elizabeth Bock*

_____
Signature
Elizabeth Bock
+1 (803) 747-0599



Exhibit 1a)