**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **GENE THROWER,** | ) | **CASE NO. 2:26-CV-00332** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE ALGENON L. MARBLEY** |
| | ) | |
| **vs.** | ) | **MAGISTRATE JUDGE KIMBERLY A.** |
| | ) | **JOLSON** |
| **RESURGENT CAPITAL SERVICES L.P.,** | ) | |
| | ) | |
| **Defendant.** | ) | **NOTICE OF APPEARANCE** |
| | ) | |

Please take notice that Karen S. Hockstad, Esq. of the law firm of Dinsmore & Shohl LLP hereby enters her appearance as counsel of record on behalf of Defendant Resurgent Capital Services L.P. Please include Attorney Hockstad on all future correspondence and pleadings at the addresses shown below.

Respectfully submitted,

*/s/Karen S. Hockstad*
Karen S. Hockstad (0061308)
DINSMORE & SHOHL, LLP
191 W. Nationwide Blvd., Suite 200
Columbus, Ohio 43215
Tel: (614) 628-6930
Fax: (614) 628-6890
Karen.hockstad@dinsmore.com

*Counsel for Defendant Resurgent Capital
Services L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, a copy of the foregoing *Notice of Appearance* was filed with the Court and served upon all parties and counsel of record via the Court's electronic filing system.

/s/Karen S. Hockstad
Karen S. Hockstad (0061308)