# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **GENE THROWER,** | ) | **CASE NO. 2:26-CV-00332** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE ALGENON L. MARBLEY** |
| | ) | |
| **vs.** | ) | **MAGISTRATE JUDGE KIMBERLY A.** |
| | ) | **JOLSON** |
| **RESURGENT CAPITAL SERVICES L.P.,** | ) | |
| | ) | **STIPULATED MOTION FOR** |
| **Defendant.** | ) | **EXTENSION OF TIME FOR** |
| | ) | **DEFENDANT TO RESPOND TO** |
| | ) | **COMPLAINT TO APRIL 27, 2026** |

Plaintiff and Defendant, through counsel and pursuant to Loc. Rule 6.1, hereby jointly agree and stipulate that Defendant shall have a fourteen (14) day extension of time until April 27, 2026 to file an Answer or otherwise plead in this case.  The parties advise the Court that no prior stipulated extensions of time have been given to, or sought by, Defendant.

Respectfully submitted,

*/s/ Anthony Paronich (per 4/10/26 email authorization)*
Brian T. Giles (0072806)
GILES & HARPER, LLC
7247 Beechmont Ave.
Cincinnati, OH 45230
Telephone: (513) 379-2715
bgiles@gilesharper.com

Anthony I. Paronich, *Subject to Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff, Gene Thrower*

*/s/Karen S. Hockstad*
Karen S. Hockstad (0061308)
DINSMORE & SHOHL, LLP
191 W. Nationwide Blvd., Suite 200
Columbus, Ohio 43215
Tel: (614) 628-6930
Fax: (614) 628-6890
Karen.hockstad@dinsmore.com

*Counsel for Defendant Resurgent Capital Services L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, a copy of the foregoing *Stipulated Motion for Extension of Time* was filed with the Court and served upon all parties and counsel of record via the Court's electronic filing system.

/s/Karen S. Hockstad
Karen S. Hockstad (0061308)