THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GENE THROWER

:
:
:

v.

:
:

RESURGENT CAPITAL SERVICES, L.P.

:
:
:

Case No.  2:26-CV-00332
Judge:  ALGENON L. MARBLEY
Corporate Disclosure Statement

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Resurgent Capital Services, LP                                                          .

1.      Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   x_  YES        ___  NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
   Alegis Group, LLC and Resurgent Holdings, LLC - Parent Companies
_____

2.      Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

___  YES        x_  NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.
_____
_____
_____

 /s/ Karen S. Hockstad                            4/24/26
Signature of Counsel                              Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2026, a copy of the foregoing was filed with the Court and served upon all parties and counsel of record via the Court's electronic filing system.

*/s/  Karen S.  Hockstad*
Karen S. Hockstad (0061308)