**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| GENE THROWER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>RESURGENT CAPITAL SERVICES L.P.<br><br>Defendant. | Civil Case No.: 26-cv-332 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Dated: September 28, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Counsel for Plaintiff*

*/s/Karen S. Hockstad*
Karen S. Hockstad (0061308)
DINSMORE & SHOHL, LLP
191 W. Nationwide Blvd., Suite 200
Columbus, Ohio 43215
Tel: (614) 628-6930
Fax: (614) 628-6890
Karen.hockstad@dinsmore.com
*Counsel for Defendant Resurgent Capital Services L.P.*